IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : CIVIL ACTION :  : |
| vs. | : : |
| JOSEPH F. DOODY, IV AND JOSEPH F. DOODY | : : NO. 02-2932 |

O R D E R

**AND NOW**, this 8th day of July, 2002, following a conference with counsel, **IT IS HEREBY ORDERED** that discovery in this action is **STAYED** pending completion of the criminal trial of Joseph F. Doody, IV, or October 15, 2002, whichever occurs first. Counsel for the plaintiff shall report to the court on or before October 15, 2002 as to the result of the criminal trial of Joseph F. Doody, IV, currently scheduled for September 23, 2002.

William H. Yohn, Jr., Judge