IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | CIVIL ACTION |
| V. | : | NO. 02-2932 |
| JOSEPH F. DOODY, IV, ET AL. | : | |

ORDER

**AND NOW,** this 21st day of February, 2003, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]   - Order staying these proceedings pending disposition of a related action.

- [ ]   - Order staying these proceedings pending determination of arbitration proceedings.

- [ ]   - Interlocutory appeal filed

- [X]   - Other: Pending sentencing of Joseph F. Doody, IV, one of the defendants herein. Counsel are directed to advise the court as soon as the sentencing has been completed and discovery may be initiated.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
WILLIAM H. YOHN, JR., J.

Civ. 13 (8/80)