IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : : : | CIVIL ACTION |
| V. | : : | NO. 02-2932 |
| JOSEPH F. DOODY, IV, ET AL. | : | |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

**AND NOW**, this 30th day of April, 2003, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

_____
WILLIAM H. YOHN, JR., JUDGE

Civ 15 (8/80)