UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES<br>SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH F. DOODY IV, JOSEPH F. DOODY, and<br>DIANE C. NEILEY<br><br>　　　　　　Defendants. | Civil Action No.:<br>02-2932 |

**PLAINTIFF'S MOTION TO TRANSFER AND CONSOLIDATE CASE FOR
ADMINISTRATION OF DISTRIBUTION**

Plaintiff, the Securities and Exchange Commission, moves that this Court transfer this action for consolidation with *SEC v. Rodolfo Luzardo, Elias I. Kodsi, and Alain D. Kodsi*, 01 Civ. 9206 (S.D.N.Y.) before the Honorable Denny Chin for purposes of administering a single plan of distribution of funds disgorged among five different actions in three different Districts all involving insider trading in the securities of BetzDearborn Inc.

Plaintiff further moves that the Court order the Clerk of the Court to transfer all disgorgement funds in the Court's registry, plus accrued interest, arising from the settlement of this action to the court registry of the Clerk of the Court of the Southern District of New York for eventual distribution to injured investors pursuant to a distribution plan to be approved by Judge Chin in *SEC v. Luzardo*.

As described in the attached memorandum, such transfer and consolidation will make the distribution of funds to injured investors more efficient.

    In addition to a memorandum, a proposed order granting the relief requested is attached hereto.


Date: February   , 2004            Respectfully submitted,

                                           _____
                                           James A. Kidney
                                           John P. Sherry
                                           Counsel for Plaintiff
                                           Securities and Exchange Commission
                                           450 Fifth St., N.W.
                                           Stop 9-11
                                           Washington, D.C. 20549-0911
                                           202-942-4797 (Kidney)
                                           202-942-9581 (Fax)