UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH F. DOODY IV, JOSEPH F. DOODY, and DIANE C. NEILEY**<br><br>Defendants. | Civil Action No.:<br>02-2932 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER AND CONSOLIDATE CASE FOR ADMINISTRATION OF DISTRIBUTION**

Plaintiff in the above action, the Securities and Exchange Commission ("Commission"), moves that this settled action be transferred to the United States District Court for the Southern District of New York and consolidated for purposes of administration of a distribution plan with *SEC v. Rodolfo Luzardo, Elias I. Kodsi, and Alain D. Kodsi*, 01 Civ. 9206 (S.D. N.Y., Chin, J.). The Honorable Denny Chin has, by an Order dated January 22, 2004, consented to the transfer and consolidation for the efficient administration of distribution in five settled cases involving insider trading in the securities of BetzDearborn Inc.

The Commission also moves that the disgorged funds, plus accrued interest, in the Court's registry of this District deposited pursuant to the settlements in this action be transferred to the court registry of the Southern District of New York in *SEC v. Luzardo* for eventual distribution according to a distribution plan to be approved by Judge Chin.

No defendant has submitted any opposition to the proposed transfer and consolidation,

and the Court knows of no reason the plaintiff's recommendation should not be adopted.

For these reasons, and all parties to this litigation having had an opportunity to be heard,

IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Southern District of New York for consolidation for purposes of distribution of funds with *SEC v. Rodolfo Luzardo, Elias I. Kodsi, and Alain D. Kodsi*, 01 Civ. 9206 (S.D. N.Y., Chin, J.).

IT IS FURTHER ORDERED that all funds received by the Clerk of the Court and deposited in the Court's registry as a result of settlement of this action, plus accrued interest, be transferred to the court registry of the Southern District of New York under *SEC v. Luzardo* for eventual distribution to injured investors or such other disposition as may be ordered by Judge Chin.

_____
William H. Yohn
Dated:                                              Judge, United States District Court